IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**COURTNEY NORTON,**

        **Plaintiff,**

**v.**                                               **Civil Action No. 1:05CV83**
                                               **Criminal Action No. 1:03CR32(1)**
                                                         **(Judge Keeley)**

**UNITED STATES OF AMERICA,**

        **Defendant.**

## ORDER GRANTING MOTION TO EXTEND TIME FOR FILING OBJECTIONS

On September 10, 2007, _pro se_ plaintiff, Courtney Norton, ("Norton") filed a motion for extension of time in which to file objections to the Report and Recommendation of the Magistrate Judge. As ground for the motion, Norton states that the Bureau of Prisons recently moved him to F.P.C. Schuylkill but his property and legal files have not yet been mailed to him. Therefore, he requires additional time to prepare his objections.

Good cause having been shown, the Court **GRANTS** the motion (Docket No. 339 in Criminal Action No. 1:03CR32(1) and Docket No. 3 in Civil Action No. 1:05CV83).

Accordingly, it is **ORDERED** that the objections to the Report and Recommendation of the Magistrate Judge are due on or before **November 9, 2007.**

## ORDER GRANTING MOTION TO EXTEND TIME FOR FILING OBJECTIONS

The Clerk is directed to transmit copies of this order to the pro se plaintiff, certified mail, return receipt requested, and to counsel of record.

DATED: September 13, 2007

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE